IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


CHRISTIE DAVIS,                                  3:10-CV-811-PK

        Plaintiff,                        OPINION AND ORDER

v.

PEOPLES CHOICE HOME LOAN, INC.;
MARTIN BONANNO; USB AG
INVESTMENT TRUST; R.K. ARNOLD;
MERS, INC. (MORTGAGE ELECTRONIC
REGISTRY SYSTEM); and OCWEN
LOAN SERVICING,

        Defendants.


CHRISTIE DAVIS
P.O. Box 90446
Portland, OR 97290
(503) 810-6877

        Plaintiff, *Pro Se*


1 - ORDER

**JOHN OWEN CAMPBELL**
Houser and Allison, APC
9970 Research Drive
Irvine, CA 92618
(949) 679-1111

       Attorneys for Defendants MERS, Inc., and Ocwen
       Loan Servicing

**BROWN, Judge.**

This matter comes before the Court on Plaintiff Christie Davis's Motions (#110, #114, #115) for Reconsideration.  Although the Court has reconsidered these Motions and, to that extent **GRANTS** Plaintiff's Motions to reconsider, the Court, nonetheless, **adheres to its May 6, 2011, Order** adopting Magistrate Judge Papak's Findings and Recommendation; denying Defendants' Motion to Dismiss as to Plaintiff's claim for conversion against Ocwen Loan Servicing; granting Defendants' Motion as to Plaintiff's remaining claims against Ocwen; dismissing with prejudice Plaintiff's claims against Ocwen other than her claim for conversion; granting Defendants' Motion as to Plaintiff's claims against MERS, Inc.; and dismissing with prejudice Plaintiff's claims against MERS, Inc.

In her Motions, Plaintiff reiterates the arguments she relied on in her Response to Defendants' Motion to Dismiss. Plaintiff does not point to any newly discovered evidence or intervening change in the controlling law and does not establish

1 - ORDER

this Court committed clear error in adopting the Findings and Recommendation.

Accordingly, the Court adheres to its May 6, 2011, Order.

<u>**CONCLUSION**</u>

For these reasons, the Court **GRANTS** Plaintiff's Motions (#110, #114, #115) for Reconsideration but, having reconsidered the matter, the Court adheres to its May 6, 2011, Order adopting the Magistrate Judge's Findings and Recommendation (#72).

IT IS SO ORDERED.

DATED this 23rd day of June, 2011.

/s/ Anna J. Brown

_____
ANNA J. BROWN
United States District

1 - ORDER