IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


CHRISTIE DAVIS,                             3:10-cv-00811-PK

        Plaintiff,                      ORDER

v.

OCWEN LOAN SERVICING,

        Defendant.


**CHRISTIE DAVIS**
PO Box 90446
Portland, OR 97290
(503) 810-6877

        Plaintiff, *Pro Se*

**MICHEL J. FARRELL**
**THOMAS W. PURCELL**
Martin Bischoff Templeton Langslet & Hoffman
888 S.W. Fifth Avenue
Suite 900
Portland, OR 97204
(503) 224-9471

        Attorneys for Defendant


1 - ORDER

**BROWN, Judge.**

Magistrate Judge Paul Papak issued Findings and Recommendation (#182) on September 27, 2012, in which he recommends this Court grant in part and deny in part Defendant's Motion for Imposition of Sanctions (#170), dismiss this action with prejudice, deny Defendant any attorneys' fees and costs, and deny as moot all pending motions. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *United States v.* Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). *See also* United *States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Papak's Findings and Recommendation (#182). Accordingly, the Court **GRANTS in part** and **DENIES in part** Defendant's Motion for Imposition of Sanctions (#170), **DISMISSES** this action **with prejudice, DENIES** Defendant

2 - ORDER

any attorneys' fees and costs, and **DENIES as moot** all pending motions.

    IT IS SO ORDERED.

    DATED this 5th day of November, 2012.


                                       /s/ Anna J. Brown

                                 ANNA J. BROWN
                                 United States District Judge

3  - ORDER